IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY W. GARNER,               )
                              )
            Plaintiff,        )
                              )
      vs.                     )     Case No. 05-1035-JTM
                              )
JO ANNE B. BARNHART, COMMISSIONER )
OF SOCIAL SECURITY,           )
                              )
            Defendant.        )
_____)

MEMORANDUM ORDER

On October 4, 2005, the United States Magistrate Judge entered a Recommendation and Report with respect to the present Social Security proceeding. The Magistrate Judge recommended that the decision of the Commissioner be reversed, and that the case be remanded for further proceedings (sentence four remand).

No objections to the Recommendation and Report have been filed. Accordingly, the court hereby adopts the findings and conclusions of the report, and orders that the decision of the Commissioner be reversed, and that the case be remanded for further proceedings (sentence four remand).

IT IS SO ORDERED this 21st day of October, 2005.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE